**1148**

Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.
VAN BRUNT, P. J., dissenting.

STORMS, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Alfred Storms against the New York Elevated Railroad Company and others. A. A. Wheat, for appellants. E. D. Hawkins, for respondent. No opinion. Judgment affirmed, with costs.

STOUTENBURGH, Respondent, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Arthur T. Stoutenburgh, as temporary receiver, etc., against the Bush Company, Limited. No opinion. Motion for leave to appeal to the court of appeals denied.

STOUTENBURGH, Respondent, v. SANCHEZ & HAYA CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Arthur T. Stoutenburgh, as trustee, etc., against the Sanchez & Haya Company. No opinion. Motion to dismiss appeal granted.

In re STRAIT. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the application of Celestia L. Strait for a substitution of attorneys in the place of Reynolds, Stanchfield & Collin. Respondent attorneys, in pro. per.
PER CURIAM. Decision of motion suspended until December 5, 1902. Petitioner may file, on or before December 1st, affidavits controverting any allegations of the affidavits filed by respondents, and serve copies thereof upon respondents. Either party may file on or before said 5th day of December consents of the plaintiffs other than William G. Strait to the substitution of attorneys asked for.

STRAUB, Appellant, v. SCHALK, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Adam H. Straub against Rudolph Schalk. No opinion. Motion to dismiss appeal granted.

SWEET, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by George B. Sweet against Joseph Howell, as administrator, etc. No opinion. Motion granted, unless the appellant serve proposed case and exceptions on the respondent on or before December 1, 1902, and pay to the respondent $10, in which case motion denied.

TEACHOUT, Respondent, v. CITY OF ROME, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Erastus Teachout against the city of Rome. No opinion. Judgment and order affirmed, with costs.

THOMAS CONVILLE BREWING CO., Respondent, v. CAULFIELD, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by the Thomas Conville Brewing Company against John Caulfield. T. Kelly, for appellant. M. Kirtland, for respondent. No opinion. Judgment and order affirmed, with costs.

THOMPSON v. RICHARDSON et al. (two cases). (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Actions by Pontus I. Thompson against Emma A. Richardson and others. No opinion. Motion denied, on the ground that it sufficiently appears that the attorney was authorized to act in behalf of the defendant Emma A. Richardson.

THOMPSON, Plaintiff, v. RICHARDSON et al., Defendants. (Supreme Court, Appellate Division, Second Department. December 9, 1902.) Action by Pontus I. Thompson against Emma A. Richardson and others. No opinion. No costs on this motion were awarded by our decision, and none can be inserted in the order. Order signed.

THOMPSON v. SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Louise A. Thompson against the Schenectady Railway Company.
PER CURIAM. Order (77 N. Y. Supp. 889) reversed, with $10 costs and disbursements, and motion to vacate injunction denied, with $10 costs. Injunction modified by striking out that part thereof which reads as follows: "And that they be further enjoined and restrained until the further order of the court, from interfering with the removal of the railroad poles and wires and the restoration of the street by the plaintiff herein,"—upon opinion in Paige v. Railway Co. (decided herewith) 79 N. Y. Supp. 266.
KELLOGG, J., dissenting.

THORNBURY, Respondent, v. DUNHAM, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Frederick G. Thornbury against Frank J. Dunham. L. R. Palmer, for appellant. J. E. Ackley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

THOUROT v. HOLME et al. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Alphonse Thourot against Louis Holme and another. No opinion. Motion denied upon payment of $10 costs, and, on payment of an additional $10, leave given to apply to court below to open default.

TITLE & GUARANTY CO. OF ROCHESTER, Respondent, v. STANDARD PLASTER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by the Title & Guaranty Company of Rochester against the Standard Plaster Company. No opinion. Order affirmed, with $10 costs and disbursements.